# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ASHTON CACHO,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:12-cv-00171-RCJ-WGC

**ORDER**

    Petitioner has submitted another motion for appointment of counsel (#40). The court has denied such motions repeatedly. At this point, petitioner is making these motions in bad faith and is wasting the court's time; the court makes this statement fully aware that it might lead to prison disciplinary sanctions against petitioner. The court denies the motion.

    Petitioner has submitted a motion for relief from judgment (#41). The court has not entered final judgment in this action. Petitioner actually is asking the court to reconsider its order (#18) that dismissed several grounds. First, petitioner argues that the court should not have dismissed grounds 1 and 5 as conclusory. Petitioner presents arguments that he could have presented in his opposition to the motion to dismiss (#16), and the court will not consider them now. Second, petitioner argues that the court did not consider his arguments for cause to excuse the procedural default of grounds 2, 4, 6, 10, and part of 7. The court did consider and reject his arguments. Consequently, the court denies petitioner's motion for relief from judgment (#41).

Petitioner has submitted a motion for enlargement of time (#42). Petitioner has had more than five months to prepare a reply to the answer (#22), and around a month remains for him to file a reply. The court sees no reason to grant petitioner a further extension.

IT IS THEREFORE ORDERED that petitioner's motion for order to appoint counsel (#40) is **DENIED**.

IT IS FURTHER ORDERED that petitioner's motion for relief from judgment (#41) is **DENIED**.

IT IS FURTHER ORDERED that petitioner's motion for enlargement of time (#42) is **DENIED**.

Dated: April 28, 2014

_____
ROBERT C. JONES
United States District Judge